UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17 CR 193 CDP |
| ) | |
| ANGELA PARROTT, ) | |
| ) | |
| Defendant. ) | |

### **DETENTION ORDER**

On May 9, 2017, defendant ANGELA PARROTT appeared before the court with counsel for a detention hearing upon motion of the United States that defendant be detained until trial under the Bail Reform Act of 1984, 18 U.S.C. § 3142. (ECF No. 4). At that time defendant personally with the advice of counsel orally waived her right to a detention hearing, knowing that a detention order would be issued. Defendant's detention hearing waiver was knowing, intelligent, and voluntary.

After considering the record before it, including the facts set forth in the written report of the Pretrial Services Office (ECF No. 16), and the factors set forth in 18 U.S.C. § 3142(g), the court finds at this time by clear and convincing evidence that there is no condition or combination of conditions of release that will reasonably assure that defendant will appear in court as required and will not endanger the community. 18 U.S.C. § 3142(b), (c).

Therefore,

**IT IS HEREBY ORDERED** that the motion of the United States that defendant ANGELA PARROTT be detained in the custody of the Marshals Service (ECF No. 4) **is sustained.** Defendant is committed to the custody of the Marshals Service until further order. Defendant must be confined in a corrections facility, separate to the extent practicable from persons waiting trial, serving sentences, or being held in custody pending appeal. This detention order is subject to reconsideration on motion of the defendant.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel and with defense counsel's retained investigator, paralegal, or other

retained expert consultant, including persons retained to conduct physical or psychological examinations.

      **IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                          /S/   David D. Noce
                                    **UNITED STATES MAGISTRATE JUDGE**

**Signed on May 9, 2017.**