UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date  8/15/17   Judge  **John Bodenhausen - 15S**   Case No.  4:17CR193 CDP

UNITED STATES OF AMERICA v.  Angela Parrott

Deputy Clerk Initials:  (bW)    Court Recorder:  FTR

Assistant United States Attorney:  Tracy Berry

Attorney for Defendant:  Lenny Kagan

Interpreter _____    _____ SEALED PROCEEDING

**Proceedings:**
____ Initial Appearance   ✓ In Court Hearing (WAIVER OF MOTIONS)   ____ Change of Plea/Sentencing
____ Initial Appearance Supervised Release   ____ Motion Hearing   ____ Competency Hearing
____ Rule 5(c)(3)Removal (Identity)   ____ Evidentiary Hearing   ____ Pretrial/Status Conference
____ Detention Hearing   ____ Oral Argument/Non Evidentiary Hearing
____ Preliminary Examination   ____ Preliminary Revocation
____ Bond Execution/Appearance Bond      ____ Supervised Release
____ Bond Review      ____ Probation
____ Arraignment

Additional Information: _____

**Initial Appearance:**
Bond set in the amount of: $ _____    Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____   Before: JMB

Detention Hearing only scheduled: _____ @ _____   Before JMB

Arraignment Scheduled: _____ @ _____   Before _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____   Before _____

**Arraignment:**
_____ Defendant is sworn and arraigned

_____ Waives reading of indictment/information

_____ Not guilty plea entered.  Order on pretrial motions to issue.

_____ Motion for Extension of Time to File Pretrial Motions (GRANTED).
IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

All Pretrial Motions/ Waiver of Motions due no later than _____.

Evidentiary Hearing is set for: _____ @ _____   Before: JMB

**Evidentiary Hearing:**
✓ Defendant waives evidentiary hearing. ** Case referral termed

_____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

_____ Hearing held. Testimony heard. Motions taken under submission.

**Trial Scheduled:** ✓  10/2/17 @ 8:30AM    Before  CDP

✓ Remanded to custody    _____ Released on bond

Proceeding commenced  1:39 pm    Proceeding concluded  1:43 pm