UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:17CR193 CDP - 2 |
| Angela Parrott, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☒ **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐ **The defendant declines to sign this notice.**

(<u>Note</u>: Defense counsel should check the appropriate box(es) above.)

12-20-17
Date

_____
Signature of Attorney

☒ **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

12-20-17
Date

_____
Signature of Defendant