RECEIVED
JAN 04 2018
BY MAIL

Dear Clerk of Court,

How are you? My name is Angela Parrott (case # 4:17CR00193 CDP/JMB).

I am writing you today, pro se. So, please excuse any legal formatting issues. This letter shall serve as my formal <u>Notice of Appeal</u>.

I am also respectfully requesting new court appointed counsel for this appeal. Your help in facilitating this would be greatly appreciated.

My sentencing date was 12/20/17. I am placing this letter in my current facility's outgoing mail system on 12/28/17. This should comply with the 10-day timeframe for such notices.

Thank you very much for your acceptance of this letter. Hope all is well on your end. Have a great day!

Respectfully,

Angela Parrott

FROM: PERRY COUNTY JAIL

Confidential

RECEIVED
JAN 04 2018
BY MAIL

Clerk of Court
U.S. District Court
Eastern District of Missouri
111 South 10th St.
St. Louis, MO 63102

Angela Parrott-218710
HU-4C
100 S. Central Ave.
Clayton, MO 63105

Legal

FROM: PERRY COUNTY JAIL

FROM: PERRY COUNTY JAIL