US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USA v Parrott

**USCA#:**

**Case Number:** 4:17-CR-00193-CDP

**Plaintiff:** UNITED STATES OF AMERICA

**Defendant:** JAMES MAXWELL BARNETT, et al.

**Attorney:**
Tracy L. Berry (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO  63102
Ph:  314-539-2200   Fax:  314-539-2309
Email:  tracy.berry@usdoj.gov

Anthony L. Franks (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO  63102
Ph:  314-539-2200   Fax:  314-539-2309
Email:  anthony.franks@usdoj.gov

**Attorney:**
Angela Parrott
#218710
SLCJC
St. Louis County Justice Center
100 S. Central
Clayton, MO 63105

**Court Reporter(s):** G. Madden

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Mavis Gaines at (314) 244-7923

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: Yes   Where: SLCJC

**Please list all other defendants in this case if there were multiple defendants:**